# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-13-00579-CV

**In re Elena Hutchins**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's motion for rehearing and amended petition for writ of mandamus are denied. *See* Tex. R. App. P. 52.8(a), 52.9.

_____

Jeff Rose, Justice

Before Justices Pemberton, Rose, and Goodwin

Filed: December 5, 2013